**Electronically Filed
Supreme Court
SCWC-12-0000836
19-NOV-2013
10:47 AM**

SCWC-12-0000836

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MAYDENE I. SIMMONS,
Petitioner/Plaintiff-Appellant,

vs.

AQUA HOTELS AND RESORTS, INC., a Foreign Profit Corporation;
KAI MANAGEMENT SERVICES LLC, dba KAUAI BEACH RESORT,
a Domestic Limited Liability Company;
JOHN DOES 1-10 and JANE DOES 1-10,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000836;  CIV. NO. 11-1-0059)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellant Maydene I. Simmons'

application for writ of certiorari filed on October 10, 2013, is

hereby rejected.

DATED: Honolulu, Hawai'i, November 19, 2013.

Clayton Ikei and Jerry Chang, for petitioner

Stefan Reinke and Malia Schreck, for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon A. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

